UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>EUGENE DALE ABRAHAMSON<br>　　　　　　　　Defendant. | 2:17-CR-0138-TOR<br><br>Protective Order |
|---|---|

BEFORE THE COURT are the United States' Motion for Protective Order (ECF No. 21) and Motion to Expedite (ECF No. 22). The motions were submitted for consideration without oral argument. The Court has reviewed the file and the motions therein and is fully informed. For good cause shown, the motions are granted.

ACCORDINGLY, IT IS ORDERED:

1. The United States will provide discovery materials to defense counsel as required by Rule 16, *Brady*, and *Giglio*.

2. Defense counsel may possess but not copy (excluding the production of necessary working copies) all discovery materials.

3. Defense counsel may show all discovery materials to the Defendant.

4. Defense counsel shall not provide original or copies of discovery materials to the Defendant.

5. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or

Protective Order - 1

expert engaged by defense counsel, who will also be bound by the terms and conditions of the protective order.

6. The United States, defense counsel, and witnesses may reference the existence and content of the discovery material in open and closed court proceedings; provided however, any reference to the content of the medical records shall be filed under seal.

DATED September, 2017.



THOMAS O. RICE
Chief United States District Judge